IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| V. | § | No. 3:25-cr-358-B |
| | § | |
| BRANDON DEVON COLLIER, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed de novo under rule 59(b)(2)(c) the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Defendant's Motion for Reconsideration of Order of Detention [Dkt. No. 26].

**SO ORDERED.**

**DATE: April 20, 2026.**


_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE